JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**  
City: Eagle River  
County/Parrish: Vilas  

**Related Case Information:** 21 CR 079 JDP  
Superseding ___ Docket Number ___  
Same Defendant ___ New Defendant ___  
Magistrate Judge Case Number ___  
Search Warrant Case Number ___  
R 20 / R40 from District of ___  

**Defendant information:**  
Matter to be Sealed  ✓ Yes   ___ No  
Def. Name: Ryan D. Shelton  
Alias Name:  
City/State: Eagle River, WI  
Year of Birth: 1991   Last 4 digits of SSN ___  
Sex: Male   Race: White  

**U.S. Attorney Information:**  
ELIZABETH ALTMAN   Bar #:  
Interpreter: ✓ No ___ Yes   List language and/or dialect:  

**Location Status:**  
Arrest Date: 05-26-2021  
___ Already in Federal Custody as of: ___ in ___  
___ Already in State Custody  
___ On Pretrial Release  

**U.S.C. Citations:**  
Total # of Counts: 2   ___ Petty   ___ Misdemeanor   ✓ Felony  
___ Class A  
___ Class B  
___ Class C  

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252(a)(2) | Receiving child pornography | 1 |
| Set 2 | 18 U.S.C. § 2252(a)(4)(B) | Possession of child pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: August 11, 2021   Signature /s/ ELIZABETH ALTMAN