IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 21 CR 079 JDP |
| RYAN D. SHELTON, | 18 U.S.C. § 2252(a)(2) |
| | 18 U.S.C. § 2252(a)(4)(B) |
| | 18 U.S.C. § 2252(b)(2) |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about February 12, 2021, in the Western District of Wisconsin, the defendant,

RYAN D. SHELTON,

knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the depiction is of such conduct. Specifically, SHELTON received a livestream video via Omegle depicting a minor engaged in sexually explicit conduct.

(In violation of Title 18, United Stated Code, Section 2252(a)(2)).

## COUNT 2

On or about May 26, 2021, in the Western District of Wisconsin, the defendant,

RYAN D. SHELTON,

knowingly possessed a Samsung Galaxy S10+ containing visual depictions that had been produced using materials which had been shipped and transported in interstate and foreign commerce, specifically, the Samsung Galaxy S10+, and the production of such visual

depictions involved the use of minors engaging in sexually explicit conduct, and at least one of the depictions involved a prepubescent minor or a minor who had not attained 12 years of age.

(In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2)).

## FORFEITURE ALLEGATION

As a result of the offenses charged in Counts 1 and 2 of this indictment, and upon conviction for violating Title 18, United States Code, Sections 2252(a)(2) and (a)(4)(B), pursuant to Title 18, United States Code, Section 2253, the defendant,

RYAN D. SHELTON,

shall forfeit to the United States his right, title, and interest in:

(1) Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, and

(2) any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including property specifically described as a Samsung Galaxy S10+.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 08/11/21

_____
TIMOTHY M. O'SHEA
Acting United States Attorney